NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANCIS J. FUREY,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )      Case No. 2D18-3606
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
                                     )
_____      )

Opinion filed June 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Keith P. Spoto, Judge.

PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and LUCAS, JJ., Concur.